UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: GLASSER, J.        DATE: __APRIL 28, 2017__        TIME: __11:30 a.m.__

DOCKET #: CR-17-00109-02 (ILG)        TITLE: *U.S.A. v.*

COURT REPORTER: __Anthony Frisolone__        DEPUTY CLERK: Stanley Kessler

RUSSIAN INTERPRETER: __Yana Agoureev__        AUSA: Craig R. Heeren - #6467
                                                     Peter Baldwin - #6236

DEF'T #1 NAME: Alexey Krutilin
                                                ATT'Y: Raymond Granger, Esq. - Ret.
✓ Present  _ Not Present  ✓ In Custody         ✓ Present  _ Not Present

### CRIMINAL CAUSE FOR SENTENCING

✔ Case called.

✔ Defendant Alexey Krutilin present with counsel Raymond Granger, Esq.
   AUSA Craig R. Heeren and AUSA Peter Baldwin present for the Government. Russian
   interpreter Yana Agoureev and Probation Officer Jennifer Fisher also present.

✔ The defendant is sentenced on the sole count of the information to time served. A period
   of supervised release is not imposed. The defendant is assessed the sum of $100.00.

✔ The defendant is advised of the right to appeal.


TIME: 0/45